UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE RUCIRETA,<br><br>         Plaintiff,<br>   vs.<br><br>JOHN LUND, an individual, DAVID HILBURN, an individual, CENTURION HEALTHCARE, INC., a corporation, SAYLOR LANE HEALTHCARE CENTER, an unknown business entity, SHERWOOD HEALTHCARE CENTER, an unknown business entity, and DOES 1 through 25, inclusive,<br>         Defendants. | **Case No.** 2:07-CV-02042-MCE-DAD<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Plaintiff VINCE RUCIRETA and Defendants JOHN LUND, DAVID HILBURN, CENTURION HEALTHCARE, INC., SAYLOR LANE HEALTHCARE CENTER, and SHERWOOD HEALTHCARE CENTER stipulated that the entire above-captioned action be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

BASED ON GOOD CAUSE APPEARING,

IT IS ORDERED,

The entire above-captioned action is dismissed with prejudice.  Each party to bear their own attorneys' fees and costs

DATED: September 22, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Proposed Order on Stipulation of Dismissal*
1

PDF created with pdfFactory trial version www.pdffactory.com